# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff
Clerk

OFFICE OF THE CLERK
P.O. Box 1130
AUGUSTA, GEORGIA   30903

(706)849-4400

July 10, 2006

REDACTED

Mr. Peter T. Dalleo, Clerk
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King St.
Lockbox 18
Wilmington, DE 19801

     In Re:  USA v. James A. Thomas, Jr.
           Your Case No: 1:94CR00020-01
           Our Case No: 3:06-cr-012-01

Dear Mr. Dalleo:

     Enclosed please find an   Order of Transfer of Probation Jurisdiction signed by Judge Joseph J. Farnan, Jr. of your district, and U. S. District Judge Dudley H. Bowen, Jr. of this district.

     Please forward certified copies of the Indictment, Judgment, docket sheet, and Case Inquiry Report listing his payment history.

     Thank you in advance for your help in this matter.

               Very truly yours,

               SCOTT L. POFF, CLERK

          By: _____
              Linda J. Flanders
              Resident Deputy In Charge

/lf
Enc.
cc: U. S Probation, Augusta



| PROB 22<br>(Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:94CR00020-001 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)*<br>**CR306-012** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>James A. Thomas, Jr.<br><br>Dublin, Georgia 31021 | DISTRICT<br><br>Delaware | DIVISION<br><br>Wilmington |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Joseph J. Farnan, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>2/27/06 | TO<br>2/26/09 |

| OFFENSE<br><br>Carjacking and Possession and Use of a Firearm in Connnection with Carjacking |
|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____ June 19, 2006 _____          _____ Joseph J. Farnan J. _____
Date                                        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____ 7/10/06 _____          _____ [signature] _____
Effective Date                        United States District Judge

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 JUL 10  AM 10: 24
CLERK [signature]
SO. DIST. OF GA.

U.S. DISTRICT COURT
POST OFFICE BOX 1130
AUGUSTA, GEORGIA 30903

OFFICIAL BUSINESS

MR. PETER T. DALLEO, CLERK
U. S. DISTRICT COURT
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING ST., LOCKBOX 18
WILMINGTON, DE 19801