OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

October 20, 2006

Clerk of Court
U.S. District Court
Southern District of Georgia
P.O. Box# 1130
Augusta, GA 30903

    RE: UNITED STATES v. James A. Thomas
        <u>DIST. OF DELAWARE CASE NO.</u> CR 94-20-1-JJF
        <u>DIST. OF GEORGIA CASE NO.</u> CR 06-12-1

Dear Clerk:

    Pursuant to the Transfer of Jurisdiction Order (copy attached) regarding the above captioned defendant, please find enclosed certified copies of the following: 1.) Indictment, 2.) Judgment and 3.) Docket Sheets.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to this office.

    Thank you for your attention regarding this matter.

Sincerely,

PETER T. DALLEO
CLERK OF COURT

BY: _____
     Deputy Clerk

FILED
OCT 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

/kjk
enclosures

I hereby acknowledge receipt of the record in the above captioned matter on  10/23/06  .
                  (date)

_Linda J. Flanders_
    Signature and Title
Resident - Deputy - In - Charge